# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN WRIGHT,

Defendant.

2:20-CR-167-JCM-NJK

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Justin Wright to the criminal offense, forfeiting the property set forth in the Plea Agreement and Forfeiture Allegation Three of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Justin Wright pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 50; Plea Agreement, ECF No. 51; Preliminary Order of Forfeiture, ECF No. 52.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 12, 2021, through July 11, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 63-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Bersa Thunder .380 caliber pistol, bearing serial number H41792;
2. a Taurus G2C 9mm pistol, bearing serial number TMS70193;
3. a Maverick Arms Model 88 12-gauge shotgun, bearing serial number MV0220703;
4. a Ruger SR556 semiautomatic rifle, bearing serial number B5694317;
5. a NoDak Spud AK-47-style rifle, bearing serial number M006630;
6. a Remington Model 700 .308 caliber bolt-action rifle, bearing serial number B6549250;
7. a Bushmaster Carbon-15, .223 caliber rifle, bearing serial number BK3032529;
8. a Century Arms Model RAS47 7.62x39mm rifle, bearing serial number RAS47082970;
9. a Ruger GP100 .357 caliber revolver, bearing serial number 17613970;
10. a Tanfoglio Witness 9mm pistol, bearing serial number EA52542; and
11. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any

property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this the 10th Day of September, 2021

*James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3